STATE OF NEW JERSEY v. D.R.

February 27, 1987.

Cross-petition for certification granted. (See 214 *N.J.Super.* 278)

STATE OF NEW JERSEY v. MICHAEL SUTTON.

February 27, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MARK KEVIN JONES.

February 27, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. TINA CARTER.

February 27, 1987.

Petition for certification denied.